UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ONLINE MARKETING GROUP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:17-cv-04839-~~JSC~~ EMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

The CASE MANAGEMENT CONFERENCE currently set for 28 June 2018 at 9:30am, be continued ~~July 27, 2018~~ August 9, 2018, at 9:30am.

**IT IS SO ORDERED.**

DATED: ____6/25____, 2018



_____
Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

– 2 –
ORDER

# CERTIFICATE OF SERVICE

I certify that on June 22, 2018, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: June 22, 2018

By  */s/ Ben Mohandesi*
 Ben Mohandesi
 Attorneys for Defendant
 Online Marketing Group, LLC