# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, individually and on behalf of all others similarly situated, <br> Plaintiff, <br> v. <br> ONLINE MARKETING GROUP LLC, and DOES 1 through 10, inclusive, <br> Defendant. | Case No. <br><br> 3:17-cv-04839-JSC <br><br> ~~Proposed~~ Order to dismiss |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this  January 24, 2019

_____
EDWARD M. CHEN
Honorable Judge of the District Court